## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMETEK, INC,

               Plaintiff,

    v.

NICHE POLYMER LLC, WESTCHESTER
PLASTICS LLC, and MARSHALLTON
REALTY HOLDINGS LLC,

               Defendants.

Civil Action No. 25-1540-GBW-SRF

## ORDER

At Wilmington, Delaware this 31st day of July 2026:

WHEREAS, on February 20, 2026, Defendants Niche Polymer LLC, Westchester Plastics LLC, and Marshallton Realty Holdings LLC (together, "Defendants") filed a Partial Motion to Dismiss ("Defendants' Motion) (D.I. 7);

WHEREAS, on June 15, 2026, Magistrate Judge Sherry R. Fallon issued a Report and Recommendation (D.I. 18) ("the Report and Recommendation"), which recommends that the Court deny Defendants' Motion (D.I. 7);

WHEREAS, objections to the Report and Recommendation were due within fourteen (14) days of service of the Report and Recommendation (D.I. 18 at 9); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of this 31st day of July 2026; and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration, and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and

recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1.    The Report and Recommendation (D.I. 18) is **ADOPTED**;

2.    Defendants' Motion (D.I. 7) is **DENIED**.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE